UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY<br>INSURANCE COMPANY,<br>AND ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>vs.<br><br>ARIS DIAGNOSTIC MEDICAL, PLLC,<br>FAST CARE MEDICAL DIAGNOSTICS, PLLC,<br>IOSIF ARONOV, M.D.,<br>SIMON RYOO, M.D.,<br>RICHARD RAFAL, M.D., AND<br>ARTUR PINKHASOV,<br><br>      Defendants. | C.A. No. 1:22-cv-03120-LDH-SJB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire and Casualty Insurance Company (collectively, "Allstate"), and Defendants Aris Diagnostic Medical, PLLC, Fast Care Medical Diagnostics, PLLC, Iosif Aronov, M.D., Simon Ryoo, M.D., Richard Rafal, M.D., and Artur Pinkhasov, by and through their undersigned counsel, that Allstate's Complaint (ECF No. 1) be dismissed as to Defendants, Aris Diagnostic Medical, PLLC, Fast Care Medical Diagnostics, PLLC, Iosif Aronov, M.D., Simon Ryoo, M.D., Richard Rafal, M.D., and Artur Pinkhasov, with prejudice and without cost to any party.

1

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company,* | *Aris Diagnostic Medical, PLLC,* |
| *Allstate Indemnity Company,* | *Fast Care Medical Diagnostics, PLLC,* |
| *Allstate Property & Casualty Insurance Company, and* | *Iosif Aronov, M.D.,* |
| | *Simon Ryoo, M.D., and* |
| *Allstate Fire and Casualty Insurance Company,* | *Richard Rafal, M.D.,* |
| By Their Attorneys: | By Their Attorneys: |
| | |
| */s/ Shauna L. Sullivan* | */s/ Robert E.B. Hewitt, III* |
| _____ | _____ |
| Shauna L. Sullivan, Esq. | Matthew J. Conroy, Esq. |
| Hugh C. M. Brady, Esq. | Robert E. B. Hewitt III, Esq. |
| King, Tilden, McEttrick & Brink, P.C. | Schwartz, Conroy & Hack, PC |
| 350 Granite Street, Suite 2204 | 666 Old Country Road |
| Braintree, MA 02184 | 9th Floor |
| (617) 770-2214 (phone) | Garden City, NY 11530 |
| (617) 657-6070 (fax) | (516) 745-1122 (phone) |
| | (516) 745-0844 (fax) |
| | |
| Dated:  March 29, 2023 | Dated:  March 29, 2023 |

| | |
|---|---|
| Defendant,<br>*Artur Pinkhasov*<br>By His Attorney:<br><br>*/s/ Wesley R. Mead*<br>_____<br>Wesley R. Mead, Esq.<br>The Mead Law Firm, P.C.<br>3033 Brighton 3rd Street<br>Brooklyn, NY 11235<br>(718) 306-2107 (phone)<br>(866) 306-337 (fax)<br><br><br>Dated:  March 29, 2023 | |

SO ORDERED:

Dated:      Brooklyn, New York                  _____s/ LDH_____
     ____April 4___, 2023          DeArcy Hall, J.
                                   United States District Judge

3